# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL WILLIAMS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:21-cv-05630-JDW |
| | : | |
| **MOUNTAIN RUN SOLUTIONS, et. al.,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 22nd day of July, 2022, upon consideration of Plaintiff's Motion For Default Judgment (ECF No. 14), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 55(b), **JUDGMENT** is **ENTERED** in favor of Plaintiff Samuel Williams and against Defendant Mountain Run Solutions in the amount of $1,000.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Joshua D. Wolson
**JOSHUA D. WOLSON, J.**